FILED
CLERK, U.S. DISTRICT COURT

3/2/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA VASQUEZ,<br><br>    Petitioner,<br><br>    v.<br><br>D.K. JOHNSON, WARDEN-CCWF,<br><br>    Respondent. | CASE NO. CV 12-8448-MWF (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   March 2, 2015.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

C:\Users\cwynn\AppData\Local\Temp\Judgment.wpd